# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DARREN GORUP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:05CV555 |
| vs. | ) | |
| | ) | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | ) ) ) | PROGRESSION ORDER |
| Defendant. | | |

This matter is before the court following a planning conference with counsel on May 22, 2006. Shane M. Warner represented the plaintiff and Rex A. Rezac represented the defendant.

**IT IS ORDERED:**

1.  **Discovery Deadline.** All depositions, interrogatories, requests for admission and requests for production or inspection in support of summary judgment motions shall be completed by **September 29, 2006**.

2.  **All** motions for summary judgment shall be filed **on or before October 31, 2006**. *See* NECivR 56.1 and 7.1.

**DATED: May 22, 2006.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**